# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>         Plaintiff/Respondent,          )<br>                                                              )<br>v.                                                        )         Case Nos.    CR-01-223-R<br>                                                              )                              CIV-04-1185-R<br>GLENN DWAYNE EDGAR,             )<br>                                                              )<br>         Defendant/Movant.              ) | |

## ORDER AMENDING CONVICTION AND SENTENCE
## (DOC. 17)

Based upon the *Stipulations and Settlement* executed by the parties and submitted to the Court, and the information submitted by the parties to the Court, the Court finds Defendant Glenn Dwayne Edgar should be granted relief from the conviction and sentence entered on Count Four of the Indictment. The Court orders and directs that the Judgment in a Criminal Case (Doc. 17), filed June 7, 2002, should be and is hereby amended as follows:

> The conviction on Count Four for the offense of possession of a firearm in furtherance of a drug trafficking offense, in violation of Title 18, United States Code, Section 924(c) is vacated;

> The mandatory consecutive sentence of sixty (60) months' incarceration imposed for the violation charged in Count Four is vacated; and

The Judgment in the Criminal Case (Doc. 17) as it relates to Count Three remains unchanged and in full force and effect.

It is so ordered this 12 day of July, 2005.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF OKLAHOMA